UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| CASE NO. 8:23-cv-1173-MSS-AAS | DATE: September 21, 2023 |
|---|---|
| TITLE: Florida Preborn Rescue, Inc. et al v. City of Clearwater, Florida ||
| TIME: 09:34 AM – 11:25 AM<br>11:47 AM – 12:46 PM<br>1:33 PM – 2:58 PM<br>3:13 PM - 4:05 PM | TOTAL: 5 hours and 7 minutes |
| Courtroom Deputy: Briana Heard ||
| Court Reporter: David Collier ||
| Counsel for Plaintiff(s): Robert Quincy Bird, Brennan Tyler Brooks, Donald E. Christopher, Gerasimos (Jerry) Theophilopoulos, Michael George McHale ||
| Counsel for Defendant(s): Luke Charles Lirot ||

### *CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING*

Court is in session and counsel identified for the record. Melissa Isabelle, party representative and Benjamin Roy and Rachel Ricks, paralegals are present at defendant's table.

Opening statements made by counsel.

Plaintiff's witness #1 **Scott Mahurin**, sworn and testified on direct examination by Robert Quincy Bird. Cross-examination by Luke Lirot. Redirect by Robert Quincy Bird.

Plaintiff's witness #2 **Allen Tuthill**, sworn and testified on direct examination by Brennan Tyler Brooks. Cross-examination by Luke Lirot. Redirect by Brennan Tyler Brooks.

Court in recess.

Court back in session. Plaintiff's witness #3 **Antoniette Migliore,** sworn and testified on direct examination by Brennan Tyler Brooks. Cross-examination by Luke Lirot. Redirect by Brennan Tyler Brooks.

Court in recess for lunch.

Plaintiff rests.

Defense witness #1, **Lt. Stephen Wannos**, sworn and testified on direct examination by Luke Lirot. Cross-examination by Donald E. Christopher. Redirect by Luke Lirot.

Defense witness #2, **Officer Lauren Josey-Filer**, sworn and testified on direct examination by Luke Lirot. Cross-examination by Gerasimos (Jerry) Theophilopoulos. Redirect by Luke Lirot.

Defense witness #3, **Officer Jessica Dylla**, sworn and testified on direct examination by Luke Lirot. Cross-examination by Gerasimos (Jerry) Theophilopoulos. Redirect by Luke Lirot.

Court in recess.

Court back in session. Defense rests.

Plaintiff's witness #1 **Scott Mahurin,** recalled for rebuttal.

Closing statements made by counsel.

Court adjourned. Order to follow.