**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FLORIDA PREBORN RESCUE,
INC., ALLEN TUTHILL,
ANTONIETTE M. MIGLIORE,
SCOTT J. MAHURIN, and
JUDITH GOLDSBERRY,

    Plaintiffs,

v.                                        CASE NO. 8:23-cv-01173-MSS-AAS

CITY OF CLEARWATER, FLORIDA,

    Defendant.

_____/

**NOTICE OF APPEAL**

Plaintiffs Florida Preborn Rescue, Inc., Allen Tuthill, Antoniette M. Migliore, Scott J. Mahurin, and Judith Goldsberry (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the order denying Plaintiffs' Amended Time-Sensitive Motion for Preliminary Injunction entered on October 20, 2023 (ECF No. 45).

DATED:  October 23, 2023        Respectfully submitted,

                                            _/s/ R. Quincy Bird_
                                            R. Quincy Bird (FBN 105746)
                                            **WEBER, CRABB & WEIN, P.A.**
                                            5453 Central Avenue
                                            St. Petersburg, FL  33710
                                            Tel.: (727) 828-9919; Fax: (727) 828-9924
                                            Primary:  Quincy.Bird@webercrabb.com

Secondary:
honey.rechtin@webercrabb.com

/s/ Gerasimos "Jerry" Theophilopoulos
Gerasimos "Jerry" Theophilopoulos
(FBN 0068380)
**THEOPHILOPOULOS LAW**
P.O. Box 816
Tarpon Springs, FL 34689
Tel.: (727) 945-1112; Fax: (727) 945-9224
jerry@theolaw.com

/s/ Robert A. O'Donnell
Robert A. O'Donnell (FBN 1011567)
Donald E. Christopher (FBN 250831)
**O'DONNELL CHRISTOPHER LLP**
P.O. Box 172538
Miami, FL 33017-2538
305-640-8958
rodonnell@odonnellchristopher.com
dchristopher@odonnellchristopher.com

/s/ B. Tyler Brooks
Joan Mannix[†]
B. Tyler Brooks[†]
Michael G. McHale[†]
**THOMAS MORE SOCIETY**
309 W. Washington Street, Suite 1250
Chicago, IL 60606
Tel.: (312) 782-1680; Fax: (336) 900-6535
jmannix@thomasmoresociety.org
tbrooks@thomasmoresociety.org
mmchale@thomasmoresociety.org

*Attorneys for Plaintiffs*

---

[†] Admitted pursuant to L.R. 2.01(c).

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ *B. Tyler Brooks*
Attorney

**SERVED:**

Luke Charles Lirot, Esq.
LUKE CHARLES LIROT, PA
2240 Bellair Rd., Suite 190
Clearwater, FL 33764
(727) 536-2100
Fax: 727/536-2110
Email: luke2@lirotlaw.com

*Attorneys for Defendant*